The People of the State of New York ex rel. John Perez, Appellant, v M. Hourihane, Respondent.

Submitted April 26, 2010; decided June 17, 2010

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2). Motion for poor person relief dismissed as academic.

In the Matter of Yolanda Strong, Appellant, v New York City Department of Education, Respondent.

Submitted April 5, 2010; decided June 17, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 704 (2010)].

Philip Tafelski, Respondent, v Buffalo City Cemetery, Inc., Appellant.

Submitted May 3, 2010; decided June 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.